MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

**FILED**
SEP 1 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KHA MINH DANG,<br><br>    Defendant. | No. CR-12-00228 SBA<br><br>STIPULATION AND [PROPOSED] ORDER FOR PROBATION TO PREPARE A PRE-PLEA CRIMINAL HISTORY REPORT |

    The defendant, Kha Ming Dang, is currently set for a status conference before Magistrate Judge Donna M. Ryu on September 18, 2012. The parties have engaged in plea discussions but those discussions have been stalled due to a disagreement regarding the defendant's criminal history category. In light of this disagreement, the parties believe it would be useful and appropriate for the Probation Office to prepare a pre-plea criminal history report for the

Stip. Pre-Plea Criminal History Report, No.
CR-12-0228-SBA

cc: Copy to parties via ECF, Probation

1 | defendant. Once this report is completed and distributed to the parties, it is anticipated that a

2 | plea agreement will be reached in this case.

3

4 | IT IS SO STIPULATED:

5

6 | DATED: September 6, 2012

/S/
AARON D. WEGNER
Assistant United States Attorney

9 | DATED: September 6, 2012

/S/
PHILIP SCHNAYERSON
Counsel for Kha Dang

12 | For good cause shown, it is hereby ORDERED that the Probation Department will prepare a pre-plea criminal history report for the defendant, Kha Ming Dang.

September 18, 2012

DONNA M. RYU
United States Magistrate Judge

Stip. Pre-Plea Criminal History Report, No.
CR-12-0228-SBA

2